ANNA GREENSTEIN, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN FORAN, Petitioner, against EDWARD P. MULROONEY, as Police Commissioner of the City of New York, Respondent.— Order of certiorari dismissed, and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the SOUTHERN SURETY COMPANY OF NEW YORK, and THE HOME INDEMNITY COMPANY, Respondents, v. REX NOVELTY WORKS, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MILDOL REALTY CORPORATION, Appellant, v. FRED A. BAINES, Respondent.— Judgment reversed and a new trial ordered, without costs, with leave to the plaintiff to apply at Special Term for leave to serve an amended complaint. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JEROME WILE and Others, Respondents, v. BURNS BROTHERS and Others, Appellants, Impleaded with Others. JEROME WILE and Others, Respondents, v. BURNS BROTHERS and Others. Appellants, Impleaded with Another,— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, without prejudice to an application for a preference. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of JOSEPH A. O'DONNELL, Petitioner, Respondent, for a Peremptory Order of Mandamus against BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK and Others, Appellants.— Order modified by granting an alternative order of mandamus and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of CHARLES J. WURMFELD, Respondent, for a Peremptory Order of Mandamus against BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK and Others, Appellants.— Order modified by granting an alternative order of mandamus, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of SCHULTE LEASING CORPORATION, Appellant, for an Order Directing FREDERICK H. CHASE and Others, as Trustees under the Trust Created by the Last Will and Testament of LOTTA CRABTREE, Deceased, and Known as the "LOTTA DUMB ANIMAL FUND," Respondents, to Proceed to Arbitration under a Submission of Arbitration, Dated October 18, 1932, and Designating and Appointing Arbitrators Who Shall Act under Said Submission.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.